UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TAMIKA M. KEITT,

                Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 1347 (FB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 03 2005 ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on June 1, 2005, reversing the Commissioner's decision denying plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income; and remanding the case to the Administrative Law Judge for further proceedings in accordance with the Court's Memorandum and Order dated May 27, 2005; it is

ORDERED and ADJUDGED that the Commissioner's decision denying plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income is reversed; and that the case is remanded to the Administrative Law Judge for further proceedings in accordance with the Court's Memorandum and Order dated May 27, 2005.

Dated: Brooklyn, New York
       June 02, 2005

ROBERT C. HEINEMANN
Clerk of Court